IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-94-0093-2 |
| | § | |
| GLORIA MILLER | § | |

**O R D E R**

This criminal case was opened in April 1994 and closed in January 1997 after this court granted the government's motion to dismiss all counts against the defendant, Gloria Miller. (Docket Entry No. 105). Miller has filed two motions seeking miscellaneous relief. (Docket Entry Nos. 115–16). In the first motion, Miller seeks information related to her case under the Freedom of Information Act (FOIA), 5 U.S.C. § 552. There is no basis for a motion under FOIA, filed in a criminal case closed over 15 years ago, for this request. The public case file is available to Miller. She may review and copy the filings by coming to the Clerk's Office of the United States District Court for the Southern District of Texas (Houston Division), located at 515 Rusk Avenue, Houston, Texas, 77002.

In the second motion, Miller seeks information from the U.S. Department of State related to the issuance of a passport under her name. This request is wholly unrelated to this criminal action. There is no basis for a motion under FOIA for this request in this case.

Miller also seeks to have the dismissed criminal charges against her expunged. She identified no basis under the law for the request. *See United States v. Davis*, 182 F.3d 915 (table), 1999 WL 423095 (5th Cir. June 3, 1999) (per curiam) (reversing, as an abuse of discretion, a district

court's order granting a defendant's motion for expungement of federal criminal records on charges that were dismissed on the government's motion).

The defendant's motions, (Docket Entry Nos. 115–16), are denied.

SIGNED on June 12, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge